# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 13, 2012 |
| Court Reporter: Tammy Hoffschildt | Time: 9 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO. 11-CR-00270-PAB**

<u>Parties</u>                                                      <u>Counsel</u>

**UNITED STATES OF AMERICA,**                Mark Barrett

      Plaintiff,

vs.

**ARMANDO DIAZ-GONZALEZ**                    Robert Pepin

      Defendant.

## CHANGE OF PLEA

**3:34 p.m.**      **COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00270-PAB
January 13, 2012

Comments by the Court.

**ORDERED:** Defendant's Motion for Variant Sentence (Doc #22), filed 1/10/12 is **GRANTED**.

Mr. Pepin addresses sentencing.

Mr. Barrett addresses sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on **September 15, 2011** to count **1 of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **12** months and **one** day.

**ORDERED:** As noted in the Plea Agreement, the defendant has waived his right to appeal his sentence.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**3:43 p.m.     COURT IN RECESS**

**Total in court time:          9 minutes**

**Hearing concluded**